```
             UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23563
   ALFONSO NEWTON
   CHRISTINE NEWTON                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-4244      SSN XXX-XX-4073

-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/14/07 and confirmed on 04/04/08.

     2.  The case was dismissed after confirmation, 01/09/2009.

     3.  The Debtor paid a total of $  12408.15 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 4791.52 | .00 | 3266.41 |
| AMERICAN GENERAL FINANCE | SECURED | 1263.00 | 46.51 | 256.45 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 10575.00 | 750.13 | 1983.29 |
| TREEHOUSE IN THE WOODS C | SECURED | 1408.75 | .00 | 935.79 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7619.84 | .00 | .00 |
| ECMC | UNSECURED | .00 | .00 | .00 |
| CITIBANK | UNSECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1293.46 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 826.38 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 868.92 | .00 | .00 |
| CASHCALL, INC. | UNSECURED | 2826.23 | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 625.78 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| EYE CARE CENTER OF LAKE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 401.58 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 909.57 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1529.09 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 632.11 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1379.33 | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | 2470.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2404.73 | .00 | .00 |
| MERRICK BANK | UNSECURED | 1011.26 | .00 | .00 |

```
ROUND LAKE FAMILY PHYSIC  UNSECURED       NOT FILED          .00         .00
AMERICREDIT FINANCIAL     UNSECURED        2488.51           .00         .00
AMERICAN GENERAL FINANCE  UNSECURED          56.88           .00         .00
ILLINOIS DEPT REVENUE     PRIORITY         2724.19           .00         .00
ILLINOIS DEPT REVENUE     UNSECURED         422.00           .00         .00
GMAC                      UNSECURED       12025.49           .00         .00
AES/PHEAA                 UNSECURED       51821.58           .00         .00
AMERICAN GENERAL FINANCE  UNSECURED        1095.60           .00         .00
      Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18038.27     10344.03    85088.50          .00    113470.80
PRINCIPAL PAID       6441.94          .00         .00          .00      6441.94
INTEREST PAID         796.64          .00         .00          .00       796.64
TOTAL PAID           7238.58          .00         .00          .00      7238.58
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC    , was allowed $   3500.00 and was paid $    595.00  direct and $   2905.00  through the plan.

The Trustee received $    603.05 .

Refunds to the Debtor totaled $   1661.52 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO.  07 B 23563 ALFONSO NEWTON & CHRISTINE NEWTON